**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-2208**

_____

ADRIAN MARION SMITH,

                    Plaintiff – Appellant,

         v.

BRIDGESTONE NORTH AMERICA TIRE OPERATIONS LLC; FORD MOTOR
COMPANY; RICHARDSON PATRIC WESTBROOK & BRICKMAN LLC LAW
FIRM; TERRY E. RICHARDSON, JR., Attorney; DONNIE HOWARD;
EDWARD J. WESTBROOK, Attorney; MICHAEL J. BRICKMAN,
Attorney; CHARLES W. PATRIC, JR., Attorney,

                    Defendants – Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Margaret B. Seymour, District Judge.
(1:10-cv-01757-MBS)

_____

Submitted:  March 31, 2011          Decided:  April 4, 2011

_____

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Adrian Marion Smith, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrian Marion Smith appeals from the district court's order accepting the recommendation of the magistrate judge and dismissing his civil action without prejudice and for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Bridgestone North America Tire Operations, LLC, No. 1:10-cv-01757-MBS (D.S.C. Oct. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED